## Dates Unavailable

February 2-9, 2026. I, Stuart E. Horwich (arguing counsel), will be on a pre-planned family vacation in Tanzania on these dates.

## Potential Case Conflicts:

The case of *Christensen v. United States*, No. 24-1284, is also pending before this Court. The *Christensen* case has been designated a companion case for argument and decision by the same merits panel as the *Bruyea* case.