# No. 25-1563

_____

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

_____

**PAUL BRUYEA,**

**Plaintiff-Appellee,**

**v.**

**UNITED STATES,**

**Defendant-Appellant**

_____

**SUGGESTION OF DEATH**

COMES NOW, Stuart E. Horwich and Max Reed, counsel for the Appellee, and pursuant to Rule 43(a) of the Federal Rules of Appellate Procedure, respectfully suggest the death of Paul Bruyea, Appellee in the above-captioned matter.

1. Paul Bruyea died on June 3, 2026 in Thailand.

2. A copy of the Death Certificate is attached hereto as Exhibit A.

3. Counsel has contacted Appellee's son, Guy Bruyea, and Appellee's personal attorney, Mr. Mark Horne, regarding the administration of Appellee's estate once the necessary formalities are completed in Thailand and Canada.  It is

counsel's understanding that once the necessary formalities are completed, counsel will be authorized to request substitution of the estate as the Appellee in the above captioned case.

4. Pursuant to FRAP 43(a), the undersigned notifies this Court of the death so that appropriate proceedings, including the substitution of a proper party, may be directed.

<div style="margin-left: 40%;">

Respectfully submitted,

/s/ Stuart E. Horwich
Horwich Law LLP
20 Old Bailey, 5th Floor
London  EC4M 7AD
011 44 20 8057 8013
seh@horwichlaw.co.uk

/s/ Max Reed
Suite 900 1788 West Broadway
Vancouver, British Columbia
Canada V6J 1Y1
604-283-9301
max@polaristax.com


June 22, 2026

</div>

2