The consulate of Canada
does not validate the content of this document

ท.ร. 5 ตอน 1



คำร้องที่ 12572/2569

บุคคลที่อาศัยอยู่ในประเทศไทย
โดยไม่ชอบด้วยกฎหมายหรือในลักษณะชั่วคราว

## มรณบัตร

สำนักทะเบียน ท้องถิ่นเทศบาลนครเชียงใหม่     " คนต่างท้องที่ "   เลขที่ 50-50993201

| | | | | | |
|---|---|---|---|---|---|
| **1.**<br>**ผู้ตาย** | 1.1 ชื่อตัว - ชื่อสกุล<br>นายเร็กซ์เฟิร์ด พอล บรู-เย | | 1.2 เลขประจำตัวประชาชน<br>- | 1.3 เพศ<br>ชาย | 1.4 อายุ<br>85 ปี |
| | 1.5 สัญชาติ<br>แคนาดา | 1.6 อาชีพ<br>ธุรกิจร้านอาหาร | | 1.7 สถานภาพการสมรส<br>โสด | |
| | 1.8 ที่อยู่<br>ประเทศแคนาดา | | | | |

| | | |
|---|---|---|
| **2.**<br>**รายการ**<br>**ตาย** | 2.1 ตายเมื่อ 3 มิถุนายน 2569 เวลา 06:20 น. | 2.2 ผู้รักษาก่อนตาย แพทย์แผนปัจจุบัน |
| | 2.3 หนังสือรับรองการตาย<br>มี เลขที่ 0452/2569 | 2.4 สาเหตุการตาย<br>ท่อน้ำดีอักเสบติดเชื้อ |

| | | |
|---|---|---|
| **3.**<br>**สถาน**<br>**ที่ตาย** | 3.1 ชื่อสถานที่ ที่อยู่ โรงพยาบาลมหาราชนครเชียงใหม่<br>110 ถนนอินทวโรรส<br>ต.ศรีภูมิ อ.เมืองเชียงใหม่ จ.เชียงใหม่ | 3.2 พักอยู่สถานที่ตายนาน<br>- ปี - เดือน 6 วัน |

| | | |
|---|---|---|
| **4.**<br>**มารดา**<br>**บิดา**<br>**ของผู้ตาย** | 4.1 ชื่อตัว - ชื่อสกุล<br>- | 4.2 เลขประจำตัวประชาชนมารดา<br>- |
| | 4.3 ชื่อตัว - ชื่อสกุล<br>- | 4.4 เลขประจำตัวประชาชนบิดา<br>- |

CERTIFIED TRUE COPY OF ORIGINAL
Seen at the Consulate of Canada,
CHIANG MAI, Thailand,
This 5th day of JUNE , 2026

Jakarin Wangsvival
Honorary Consul

| | | |
|---|---|---|
| **5.**<br>**ผู้แจ้ง**<br>**การตาย** | 5.1 ชื่อตัว - ชื่อสกุล<br>นายเอ็ดวิน จีโอวานนี่ การิโด พิเนดา | 5.2 เลขประจำตัวประชาชน<br>- |
| | 5.3 ที่อยู่<br>ประเทศสหรัฐอเมริกา | 5.4 ความเกี่ยวพันเป็น<br>ผู้ได้รับมอบหมาย |

| | | |
|---|---|---|
| **6.**<br>**ศพ** | 6.1 จัดการศพโดย<br>เผา | 6.2 สถานที่<br>สุสานช้างเผือก ต.ศรีภูมิ อ.เมืองเชียงใหม่ จ.เชียงใหม่ |

| | |
|---|---|
| 7. ใบรับแจ้งการตาย ไม่มี | 8. วันที่รับแจ้งการตาย 4 มิถุนายน 2569 |

ลงชื่อ _____
(นายเอ็ดวิน จีโอวานนี่ การิโด พิเนดา)
ผู้แจ้งการตาย

ลงชื่อ _____
(นายวัชรากร เนตรประสาท)
เจ้าหน้าที่ผู้ปฏิบัติงาน

ลงชื่อ _____
(นายพงศ์พัศ วัฒนพีรพงศ์)
นายทะเบียนผู้รับแจ้งการตาย

การเปลี่ยนแปลงการจัดการศพ

ลงชื่อ _____ นายทะเบียน _____
ผู้รับแจ้งการเปลี่ยนแปลง

บันทึกเพิ่มเติม   หนังสือเดินทางผู้ตาย P645874FF ประเทศแคนาดา / ผู้แจ้งA76455915 ประเทศสหรัฐอเมริกา

Case: 25-1563   Document: 51-2   Page: 1   Filed: 06/22/2026

(1 of 5)

The consulate of Canada
does not validate the content of this document *(Translation)*

Thor. Ror. 5, Part 1

Application No.  12572/2569  *(Official Emblem)*  Persons living in Thailand illegally or on temporary basis.

| QR Code |

# DEATH CERTIFICATE

| Local Registration Office: | Chiang Mai City Municipality | | "Non-Resident" | No. 50-50993201 |

| 1. The Deceased | 1.1 Name - Surname: Mr. Rexford Paul Bruyea | | 1.2 Identification No.: - | 1.3 Sex: Male | 1.4 Age: 85 years |
|---|---|---|---|---|---|
| | 1.5 Nationality: Canadian | 1.6 Occupation: Restaurant Business Operator | | 1.7 Marital Status: Single | |
| | 1.8 Address: Canada | | | | |

| 2. Particulars of Death | 2.1 Date of Death: 3rd June 2026  Time: 06:20 hrs. | 2.2 Person Performing Treatment before Death: Physician |
|---|---|---|
| | 2.3 Death Certifying Document: Yes, No. 0452/2569 | 2.4 Cause of Death: Acute cholangitis |

| 3. Place of Death | 3.1 Name and Place of Death:   House No.: Maharaj Nakorn Chiang Mai Hospital 110, Inthawarorot Road, Si Phum Sub-District, Mueang Chiang Mai District, Chiang Mai Province | 3.2 Duration of Stay at the Place of: - Year(s) - Month(s) 6 Days |
|---|---|---|

| 4. The Deceased's Parents | 4.1 Name - Surname: - | 4.2 Identification No. of Mother : - |
|---|---|---|
| | 4.3 Name - Surname: - | 4.4 Identification No. of Father: - |

| 5. Death Notifying Person | 5.1 Name - Surname: Mr. Edwin Giovanni Garrido Pineda | 5.2 Identification No: - |
|---|---|---|
| | 5.3 Address: - The United States of America | 5.4 Correlation: Authorized Person |

| 6. Corpse | 6.1 Corpse Arrangement: Cremation | 6.2 Location: Chang Phueak Crematory, Si Phum Sub-District, Mueang Chiang Mai District, Chiang Mai Province |
|---|---|---|

| 7. Death Acknowledging Document:  No | 8. Death Notifying Date:  4th June 2026 |
|---|---|

| Signed: _-Signed-_ (Mr. Edwin Giovanni Garrido Pineda) **Death Notifying Person** | Signed: _-Signed-_ (Mr. Watcharakon Netprasat) **Officer on duty** | Signed: _-Signed-_ (Mr. Phongsaphat Watthanaphiraphong) **Death Acknowledging Registrar** |
|---|---|---|
| **Change of Corpse Arrangement** | Signed: _____  Registrar: _____ **Change Acknowledging Person** | |

Addendum:   Deceased's Passport No. P645874FF, Canada /
Informant's Passport No.: A76455915, the United States of America.

CERTIFIED TRUE COPY OF ORIGINAL
Seen at the Consulate of Canada,
CHIANG MAI, Thailand,
This 5th day of JUNE 20 26

*Jakarin Wangvivat*
Jakarin Wangvivat
Honorary Consul

CERTIFIED CORRECT TRANSLATION
รับรองคำแปลถูกต้อง
(Ms. Woraya Inthanan)
Translator
SEC GLOBAL CO.,LTD.
Tel +66917189421
Email sec.global@yahoo.com

Case: 25-1563   Document: 51-2   Page: 2   Filed: 06/22/2026

ท.ร. 5 ตอน 1

คำร้องที่ 12572/2569

# มรณบัตร

สำนักทะเบียน  ท้องถิ่นเทศบาลนครเชียงใหม่       " คนต่างท้องที่ "   เลขที่ 50-50993201

| | | | | |
|---|---|---|---|---|
| **1.**<br>**ผู้ตาย** | **1.1 ชื่อตัว - ชื่อสกุล**<br>นายเร็กซ์เฟิร์ด พอล บรู-เย | **1.2 เลขประจำตัวประชาชน**<br>- | **1.3 เพศ**<br>ชาย | **1.4 อายุ**<br>85 ปี |
| | **1.5 สัญชาติ**<br>แคนาดา | **1.6 อาชีพ**<br>ธุรกิจร้านอาหาร | **1.7 สถานภาพการสมรส**<br>โสด | |
| | **1.8 ที่อยู่**<br>ประเทศแคนาดา | | | |

| | | |
|---|---|---|
| **2.**<br>**รายการ**<br>**ตาย** | **2.1 ตายเมื่อ** 3 มิถุนายน 2569  **เวลา** 06:20 น. | **2.2 ผู้รักษาก่อนตาย**<br>แพทย์แผนปัจจุบัน |
| | **2.3 หนังสือรับรองการตาย**<br>มี เลขที่ 0452/2569 | **2.4 สาเหตุการตาย**<br>ท่อน้ำดีอักเสบติดเชื้อ |

| | | |
|---|---|---|
| **3.**<br>**สถาน**<br>**ที่ตาย** | **3.1 ชื่อสถานที่ ที่อยู่**  โรงพยาบาลมหาราชนครเชียงใหม่<br>110 ถนนอินทวโรรส<br>ต.ศรีภูมิ อ.เมืองเชียงใหม่ จ.เชียงใหม่ | **3.2 พักอยู่สถานที่ตายนาน**<br>- ปี - เดือน 6 วัน |

| | | |
|---|---|---|
| **4.**<br>**มารดา**<br>**บิดา**<br>**ของผู้ตาย** | **4.1 ชื่อตัว - ชื่อสกุล**<br>- | **4.2 เลขประจำตัวประชาชนมารดา**<br>— |
| | **4.3 ชื่อตัว - ชื่อสกุล**<br>- | **4.4 เลขประจำตัวประชาชนบิดา**<br>— |

| | | |
|---|---|---|
| **5.**<br>**ผู้แจ้ง**<br>**การตาย** | **5.1 ชื่อตัว - ชื่อสกุล**<br>นายเอ็ดวิน จีโอวานนี่ การิโด พิเนดา | **5.2 เลขประจำตัวประชาชน**<br>— |
| | **5.3 ที่อยู่**<br>ประเทศสหรัฐอเมริกา | **5.4 ความเกี่ยวพันเป็น**<br>ผู้ได้รับมอบหมาย |

| | | |
|---|---|---|
| **6.**<br>**ศพ** | **6.1 จัดการศพโดย**<br>เผา | **6.2 สถานที่**<br>สุสานช้างเผือก ต.ศรีภูมิ อ.เมืองเชียงใหม่ จ.เชียงใหม่ |

| | |
|---|---|
| **7. ใบรับแจ้งการตาย**  ไม่มี | **8. วันที่รับแจ้งการตาย**  4 มิถุนายน 2569 |

ลงชื่อ ................................
(นายเอ็ดวิน จีโอวานนี่ การิโด พิเนดา)
**ผู้แจ้งการตาย**

ลงชื่อ ................................
(นายรัชชวาล เนตรประสาท)
**เจ้าหน้าที่ผู้ปฏิบัติงาน**

ลงชื่อ ................................
(นายพงศพัศ วัฒนพีรพงษ์)
**นายทะเบียนผู้รับแจ้งการตาย**

การเปลี่ยนแปลงการจัดการศพ

ลงชื่อ .......................................... นายทะเบียน ..........................................
ผู้รับแจ้งการเปลี่ยนแปลง

**บันทึกเพิ่มเติม**   หนังสือเดินทางผู้ตาย P645874FF ประเทศแคนาดา / ผู้แจ้งA76455915 ประเทศสหรัฐอเมริกา



Thor.Ror. 4/Gor

Ref:5099.102.2931439

# Certified Form of Death Registration (Death Certificate)

Application No. 12572 / 2569

Registration Office: Chiang Mai City Municipality

No. 50-50993201

Case: 25-1563    Document: 51-2    Page: 4    Filed: 06/22/2026

| 1. The Deceased | 1.1 Name - Surname: MR. REXFORD PAUL BRUYEA | | 1.2 Identification No.: - | 1.3 Sex: Male | 1.4 Age: 85 years |
|---|---|---|---|---|---|
| | 1.5 Nationality: CANADIAN | 1.6 Occupation: Restaurant Business Operator | | 1.7 Marital Status: Single | |
| | 1.8 Address: CANADA | | | | |

| 2. Particulars of death | 2.1 Date of Death: 3 June 2026 at 06:20 hrs. | 2.2 Person Giving Treatment before Death: Physician |
|---|---|---|
| | 2.3 Death Certifying Document: Yes No. 0452/2569 | 2.4 Cause of Death: - |

| 3. Place of Death | 3.1 Name and Address of Place of Death: Maharaj Nakorn Chiang Mai Hospital 110 Intha Waro Rot Road, Si Phum Sub-District, Mueang Chiang Mai District, Chiang Mai Province | 3.2 Duration of Stay at the place of Death: - y. - m. 6 d. |
|---|---|---|

| 4. The Deceased's Parents | 4.1 Mother's Name - Surname: - | 4.2 Identification No. of Mother: - |
|---|---|---|
| | 4.3 Father's Name - Surname: - | 4.4 Identification No. of Father: - |

| 5. Death Notifying Person | 5.1 Name - Surname: MR. EDWIN GIOVANNI GARRIDO PINEDA | 5.2 Identification No.: - |
|---|---|---|
| | 5.3 Address: UNITED STATES OF AMERICA | 5.4 Relationship to the Deceased: AUTHORIZED PERSON |

| 6. Corpse | 6.1 Corpse Arrangement: Cremation | 6.2 Location: Chang Phueak Crematory Si Phum Sub-District, Mueang Chiang Mai District, Chiang Mai Province |
|---|---|---|

7. Death Acknowledging Document: None     8. Death Acknowledging Date: 4 June 2026

Additional Records: Deceased's Passport No.P645874FF, Canada / Informant's Passport No.A76455915, United States of America

### Certified particulars from the Civil Registration Database

On 5 June 2026

( Mr. Pongsapat Wattanapirapong )

Registrar

12629(9

**Government of Canada** **Gouvernement du Canada**
Consulate of Canada Consulat du Canada

Consulate of Canada
151 Superhighway T.Tahsala
Chiang Mai 50000

4 June 2026

To Whom It May Concern

SUBJECT: Mr. Rexford Paul BRUYEA: Deceased Canadian

This is to confirm that the Government of Thailand has issued a death certificate, in the name of Mr. Rexford Paul BRUYEA.

Mr. Rexford Paul BRUYEA is a Canadian citizen born in Murray Township, Canada on 3 October 1940 and was issued a Canadian passport number P645874FF at Bangkok, Thailand on 28 January 2026.

The Consulate of Canada, Chiang Mai has no concerns on the repatriation of the ashes of Mr. Rexford Paul BRUYEA to The United States of America. Please note that this letter has been issued only for the purpose of facilitating the repatriation of the ashes.

Any assistance that could be provided would be much appreciated.

Yours sincerely,



Jakarin Wangvivat
Honorary Consul

Canada