# No. 25-1563

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

_____

**PAUL BRUYEA,**

**Plaintiff-Appellee,**

**v.**

**UNITED STATES,**

**Defendant-Appellant**

_____

**STATUS REPORT REGARDING SUBSTITUTION EFFORTS**

On July 27, 2026, the Court ordered counsel for the Plaintiff to file a status report regarding their efforts to substitute the Estate of Paul Bruyea as the proper party for purposes of this Appeal. The necessary formalities associated with this substitution have now been finalized and Counsel for the Plaintiff has filed a motion with this Court today to request that the Estate of Paul Bruyea be the proper party in interest for purposes of this Appeal.

Respectfully submitted,

/s/ Stuart E. Horwich
Horwich Law LLP
20 Old Bailey, 5th Floor
London  EC4M 7AD
011 44 20 8057 8013
seh@horwichlaw.co.uk

/s/ Max Reed
Suite 900 1788 West Broadway
Vancouver, British Columbia
Canada V6J 1Y1
604-283-9301
max@polaristax.com


July 29, 2026