# No. 25-1563

_____

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

_____

**PAUL BRUYEA,**

**Plaintiff-Appellee,**

**v.**

**UNITED STATES,**

**Defendant-Appellant**

_____

## APPELLEE'S CORRECTED
## MOTION FOR SUBSTITUTION OF PARTY

**/s/ Stuart E. Horwich**
**Horwich Law LLP**
**20 Old Bailey, 5th Floor**
**London  EC4M 7AD**
**United Kingdom**
**011 44 20 8057 8013**
**seh@horwichlaw.co.uk**

**/s/ Max Reed**
**Suite 900 1788 West Broadway**
**Vancouver, British Columbia**
**Canada V6J 1Y1**
**604-283-9301**
**max@polaristax.com**

## STATEMENT OF POSITION

The Appellant has indicated through its counsel that Appellant consents to the granting of this motion.

## CERTIFICATE OF INTEREST

(1) The full name of all parties represented by counsel is: Paul Bruyea.

(2) Each person named in Section (1) is a real party in interest.

(3) There are no affiliated entities associated with the person listed in section (1) above.

(4) Max Reed, of Polaris of Polaris Tax Counsel (1788 West Broadway, Suite 900; Vancouver, British Columbia, Canada), is expected to appear as of counsel in this Court.

(5) There no related or prior cases, other than the case at bar, that meet the criteria under Federal Circuit Rule 47.5.

(6) No further disclosure is required under Federal Rules of Appellate Procedure 26.1(c) or (d).

**APPELLEE'S CORRECTED
MOTION FOR SUBSTITUTION OF PARTY**

COMES NOW, Stuart E. Horwich of Horwich Law LLP and Max Reed of Polaris Tax, counsel for the deceased Appellee Paul Bruyea, and pursuant to Rule 43(a)(1) of the Federal Rules of Appellate Procedure respectfully move this Court for an order substituting the Estate of Paul Bruyea as the Appellee in this matter.  In support of this motion, Counsel states as follows:

1. On June 22, 2026, Counsel filed a Suggestion of Death in this matter, giving notice that the Appellee, Paul Bruyea, passed away on June 3, 2026, in Thailand.

2. Following his passing, necessary administration processes for the Appellee's estate have been initiated through coordination with the Appellee's son, Guy Bruyea, and personal attorney.

3. The personal representative of the Estate of Paul Bruyea has authorized counsel to request that the Estate be substituted as the Appellee to ensure the continuous and proper adjudication of this appeal.

4. Under FRAP 43(a)(1), if a party dies while an appeal is pending, the personal representative of the deceased party may be substituted as a party on motion filed by the representative or by any party with the clerk of the court of appeals.

5. Substitution of the Estate of Paul Bruyea is necessary because the claims and interests involved in this appeal survive the Appellee's death and must be maintained by his lawful estate.

WHEREFORE, Counsel respectfully requests that this Court grant this Motion and enter an order substituting the Estate of Paul Bruyea as the Appellee in place of the deceased Paul Bruyea, and that the caption of this case be amended accordingly.

Respectfully submitted,

/s/ Stuart E. Horwich
Horwich Law LLP
20 Old Bailey, 5th Floor
London  EC4M 7AD
011 44 20 8057 8013
seh@horwichlaw.co.uk

/s/ Max Reed
Suite 900 1788 West Broadway
Vancouver, British Columbia
Canada V6J 1Y1
604-283-9301
max@polaristax.com

July 31, 2026

# CERTIFICATE OF COMPLIANCE

With Type-Volume, Limitation, Typeface Requirements,
and Type-Style Requirements
Case No. 2025-1563

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because:

[X] this document contains 271 words, excluding accompanying documents authorized by Fed. R. App. P. 27(a)(2)(B), *or*

[ ] this brief uses monospaced typeface and contains [*state the number of*] lines of text, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6), which are incorporated by Fed. R. App. P. 27(d)(1)(E), because:

[X] this document has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Times New Roman,

[ ] this document has been prepared using monospaced typeface [*state name and version of word processing program*] with [*state number of characters per inch and name of type style*].

/s/ Stuart E. Horwich

*Attorney for Appellee*

July 31, 2026