NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ESTATE OF PAUL BRUYEA**

*Plaintiff-Appellee*

**v.**

**UNITED STATES,**

*Defendant-Appellant*

---

2025-1563

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-00766-MHS, Chief Judge Matthew H. Solomson.

---

**ON MOTION**

---

Before CHEN, HUGHES, and STARK, *Circuit Judges.*

PER CURIAM.

**O R D E R**

Paul Bruyea moves to substitute the Estate of Paul Bruyea as appellee in the above-captioned appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

   The motion is granted. The official caption as revised is reflected in this order.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 11, 2026
Date