# United States Court of Appeals for the Federal Circuit

**ESTATE OF PAUL BRUYEA,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

2025-1563

Appeal from the United States Court of Federal Claims in No. 1:23-cv-00766-MHS, Chief Judge Matthew H. Solomson.

**JUDGMENT**

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED**

FOR THE COURT

August 31, 2026
Date

Jarrett B. Perlow
Clerk of Court